**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
OCTOBER 30, 2018 SESSION



FILED
OCT 3 0 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18-cr-00249

KENNETH RONHEEM ALEXANDER
    also known as "May May"
RAFAEL STARKS

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about July 25, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant KENNETH RONHEEM ALEXANDER, also known as "May May," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

On or about August 1, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants KENNETH RONHEEM ALEXANDER, also known as "May May," and RAFAEL STARKS, aided and abetted by each other, knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

                          MICHAEL B. STUART
                          United States Attorney

By: _____
    STEPHANIE S. TAYLOR
    Assistant United States Attorney